FILED

2026 Jul-15  AM 09:47
U.S. DISTRICT COURT
N.D. OF ALABAMA

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the
Northern District of Alabama

| | |
|---|---|
| **Maxwell Olson, Michael Brandon Clement, and Global Weather Productions, LLC** <br> *Plaintiff(s)* <br><br> v. <br><br> **Rick and Bubba, Inc.** <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 2:26-cv-1225-CLM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*     Rick and Bubba, Inc.
Serve: Registered Agent
Richard L. Burgess
2400 Indian Crest Drive
Pelham, AL 35124

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Mark S. Boardman
Boardman, Carr, Petelos, Watkins, Ogle & Howard, P.C.
400 Boardman Drive
Chelsea, AL 35043
205.678.8000 – Telephone
mboardman@boardmancarr.com

If you fail to respond, judgment by default may be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*GREER M. LYNCH, CLERK OF COURT*

Date:     July 15, 2026                                     _____
*Signature of Clerk or Deputy Clerk*

NORTHERN DISTRICT OF ALABAMA
1729 5th Avenue North
Birmingham, Alabama 35203